## 29213. PERRY v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED NOVEMBER 5, 1974.

B. J. Perry, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29236. SIMMONS v. RICKETTS.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED NOVEMBER 5, 1974.

Franklin Lamar Simmons, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29272. HARDIN v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur. Gunter and Ingram, JJ., concur in the judgment only.*